### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICKEY RAY GILES JR.,** | ) |
| **Plaintiff,** | ) |
| | ) **Case No.: 2:20-cv-02381** |
| v. | ) |
| | ) Removal from District Court |
| **DOHERTY STEEL, INC.,** | ) of Miami County, Kansas |
| | ) Case No.: 2020-CV-000058 |
| **Defendant.** | ) |

### NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Doherty Steel, Inc. (hereinafter referred to as "Defendant" or "Doherty Steel") hereby removes to the United States District Court for the District of Kansas the action styled *Rickey Ray Giles, Jr. v. Doherty Steel, Inc.*, Case No. 2020-CV-000058, from the District Court of Miami County, Kansas. Defendant states the following in support of removal:

### STATE COURT ACTION

1. On June 16, 2020, Plaintiff Rickey Ray Giles, Jr. ("Plaintiff") commenced this matter by filing his Petition in the case styled *Rickey Ray Giles, Jr. v. Doherty Steel, Inc.*, Case No. 2020-CV-000058, in the District Court of Miami County, Kansas (the "State Court Action").

2. Defendant was served with process on July 28, 2020.

3. Plaintiff's Petition in the State Court Action asserts disability discrimination in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §12101, *et seq.*, ("ADA"), retaliation in violation of the ADA and retaliation in violation of Kansas Public Policy.

4. Removal is timely if it is filed within thirty (30) days after a defendant receives a copy of an initial pleading "through service or otherwise". 28 U.S.C. §§ 1441 and 1446.

5. This is a civil action over which this Court has original federal question jurisdiction under 28 U.S.C. §1331, and which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(a).

## PAPERS FROM REMOVED ACTION

6. As required under § 1446 (a), copies of all process, pleadings, and orders served on Defendant are attached as **Exhibit A.**

## REMOVAL IS TIMELY

7. A Notice of Removal is required to be filed within thirty (30) days that the defendant receives a copy of an initial pleading "through service or otherwise". 28 U.S.C. § 1446(b).

8. Defendant was served with process on July 28, 2020.

9. This Notice of Removal is being filed on or before August 27, 2020.

## VENUE REQUIREMENT IS MET

10. Venue is proper, in that this Court is the United States District Court for the district and division corresponding to the place where the State Court Action was pending. 28 U.S.C. § 1441(a).

## FEDERAL QUESTION JURISDICTION

11. Because the Plaintiff's Petition asserts a claim arising under federal law, i.e. the ADEA and Title VII, this Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

12. In summary, this Court has jurisdiction over this action because Plaintiff has pleaded a claim under federal law, removal is therefore proper pursuant to 28 U.S.C. §1331.

13. Under §§ 1441(a) and 1446(a), and Rule 81.1 of the Rules of Practice for the U.S. District Court for the District of Kansas, the appropriate court for removing this action is the U.S. District Court for the District of Kansas.

## FILING OF REMOVAL PAPERS

14. Promptly upon filing this Notice of Removal, and pursuant to 28 U.S.C. § 1446(d) and Rule 81.1 of the Rules of Practice for the U.S. District Court for the District of Kansas, Defendant will give notice in writing to all parties and will file a copy of this Notice of Removal with the Clerk of the District Court of Miami County, Kansas.

WHEREFORE, Defendant hereby prays that this Court, assume control over this action, as this action is properly removed on the grounds of federal question jurisdiction.

## DESIGNATION OF PLACE OF TRIAL

15. Defendant hereby designates Kansas City, Kansas as the place for trial.

## CONCLUSION

WHEREFORE, Defendant Doherty Steel, Inc. hereby removes the above-captioned action from the District Court of Miami County, State of Kansas, and request that further proceedings be conducted in this Court as provided by law.

DATED:  August 5, 2020.

Respectfully submitted:

/s/ M. Jared Marsh
Lindsay P. Windham          (KS #26212)
M. Jared Marsh               (KS #21111)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: lwindham@halbrookwoodlaw.com
E-MAIL: jmarsh@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of August 2020, the foregoing was electronically mailed to:

Albert F. Kuhl
LAW OFFICES OF ALBERT F. KUHL
15700 College Blvd., Suite 102
Lenexa, KS 66219
TEL: (913) 438-2760
FAX: (913) 327-8492
E-MAIL: al@kcjoblawyer.com
ATTORNEY FOR PLAINTIFF

/s/ M. Jared Marsh
ATTORNEY FOR DEFENDANT