IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICKEY RAY GILES JR.,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | )   **Case No.: 2:20-cv-02381** |
| **v.** | ) |
| | ) |
| **DOHERTY STEEL, INC.,** | ) |
| | ) |
|    **Defendant.** | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW ON THIS 12th day of January, 2021, the Court takes up for consideration the Parties' Stipulation of Dismissal with Prejudice. After full consideration of the matter, and being duly advised of the same, the Court hereby dismisses this case with prejudice, with each Party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

                                                                      s/ John W. Broomes
                                                                      JOHN W. BROOMES
                                                                       UNITED STATES DISTRICT JUDGE